**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RACHAEL LONIDIER | CIVIL ACTION NO. 18-0299 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NATIONAL CASUALTY CO. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 29), and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 15) is **GRANTED** and this case is **REMANDED** for lack of subject-matter jurisdiction to the Second Judicial District Court, Bienville Parish, Louisiana, where it was pending as Case No. 44-659. This Court will not transmit to the state court pleadings filed only in federal court. Accordingly, any party that has filed an answer or other pleading that it wishes to be part of the record should promptly file that pleading with the state court after remand.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 28th day of June, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT